**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02225-BNB

WILLIAM A. MAUNZ,

    Applicant,

v.

COLORADO COURT OF APPEALS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's "Petition of Legal Definetion [sic] (Clarification) of Law" (ECF No. 24) filed on January 7, 2013, in which Applicant apparently seeks clarification of the rules regarding time computations, is GRANTED as follows: the rules pertinent to computing time periods are set forth in Rule 6 of the Federal Rules of Civil Procedure.

Dated:  January 8, 2013