**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02225-BNB

WILLIAM A. MAUNZ,

    Applicant,

v.

COLORADO COURT OF APPEALS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on the "Motion for Stay of Proceedings/Stay of Execution of Order" (ECF No. 26) and the document titled "Amended Complaint for Writ of Habeas Corpus Title 28 § 2241, Amended Pleading 28 § 2254, Stay" (ECF No. 27) filed by Applicant on January 14, 2013.  The court construes the "Motion for Stay of Proceedings/Stay of Execution" (ECF No. 26) as a motion for an extension of time to file an amended pleading as directed in the court's Order Directing Applicant to File Amended Pleading (ECF No. 22) entered in this action on December 14, 2012.  The liberally construed motion for an extension of time (ECF No. 26) is GRANTED and Applicant shall have up to and including **February 15, 2013**, to file an amended pleading as directed.  Applicant is reminded that, if he wishes to pursue any habeas corpus claims in this action, he must file an amended pleading on the proper form that has been provided to him and he must clarify the federal constitutional claims he is asserting.  The document titled "Amended Complaint for Writ of Habeas Corpus Title 28 § 2241, Amended Pleading 28 § 2254, Stay" (ECF No. 27) is not on the proper form and does not clarify the claims Applicant wishes to assert.

Dated:  January 15, 2013