**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02225-BNB

WILLIAM A. MAUNZ,

Applicant,

v.

DAVID M. ZUPAN, Warden, San Carlos Correctional Facility, CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's "Motion for Extension/Enlargement" (ECF No. 38) filed on March 6, 2013, is GRANTED and Applicant shall have up to and including **April 15, 2013**, to file a reply to Respondent's Pre-Answer Response (ECF No. 35) that was filed on February 27, 2013. Applicant's "Petition/Motion for Question of Law" (ECF No. 36) filed on March 4, 2013, is DENIED as moot.

Dated: March 7, 2013

---