**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02225-LTB

WILLIAM A. MAUNZ,

    Applicant,

v.

DAVID M. ZUPAN, Warden, San Carlos Correctional Facility, CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's "Motion for Amended Complaint Against S.C.C.F. Law Library Assistant and Obstruction of Justice From S.C.C.F. Employees" (ECF No. 50) and Applicant's "Motion to Suppress Irrelevant Immaterial and Incompetent Pre-Answer Response" (ECF No. 51) are DENIED because the instant action was dismissed by order filed on May 17, 2013.

Dated: May 29, 2013